

# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2018

No. 04-17-00584-CR

Jody Ybarra **SALDIVAR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2007CR6803
Honorable Frank J. Castro, Judge Presiding

# O R D E R

The Appellant's Motion to File a Response Under Seal is hereby GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of January, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court